**FILED**

10/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0379

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JANE TIMPANO,<br><br>         Plaintiff and Appellant,<br><br>   v.<br><br>CENTRAL MONTANA DISTRICT<br>SIX HUMAN RESOURCES<br>DEVELOPMENT COUNCIL, INC.,<br><br>         Defendant and Appellee. | No. DA-21-0379<br><br>**ORDER GRANTING<br>APPELLEE'S MOTION FOR<br>EXTENSION OF TIME TO<br>FILE ANSWER BRIEF** |

Upon reading and filing of Appellee's Motion for Extension of Time to File its Answer Brief and good cause appearing, IT IS HEREBY ORDERED that Appellee may have up to and including November 15, 2021 to file its Answer Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2021